FILED

2021 DEC 20 AM 10: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br><br>David Ho-Romero<br><br>DEFENDANT(S). | CASE NUMBER<br>21CR0856-DMS-1    21MJ05692<br><br>DECLARATION RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __True Bill Indictment__
in the ____Southern____ District of ____California____ on __Friday, December 17, 2021__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __02/20/2021 & 10/25/2021 (resp.)__
in violation of Title ___21 (Count 1) / 18 (Count 2)___ U.S.C., Section(s) ___952 (Count 1) / 1512 (Count 2)___
to wit: ___Importation of Controlled Substances (Count 1) / Witness Tampering (Count 2)___

A warrant for defendant's arrest was issued by: ___John Morrill___

Bond of $ __No Bail__ was ☒ set / ☐ recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach): Indictment, Warrant on Indictment

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/19/21___
Date

NICHOLAS A DESIMONE
Digitally signed by NICHOLAS A DESIMONE
Date: 2021.12.19 17:53:54 -08'00'

*Nicholas A. DeSimone*
Signature of Agent

Nicholas DeSimone
Print Name of Agent

Homeland Security Investigations
Agency

Special Agent
Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT